FILED

UNITED STATES DISTRICT COURT 13 PM 3:42
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 6:19-cr-237-ORL-37GJK

21 U.S.C. § 846

DANTE SHEROD HAMPTON

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning on an unknown date, but not later than in or about December 2018, and continuing through on or about June 25, 2019, in the Middle District of Florida, and elsewhere, the defendant,

DANTE SHEROD HAMPTON

did knowingly, willfully, and intentionally conspire with other persons, both known and unknown to the United States, to possess with intent to distribute a controlled substance, which violation involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, i.e., fentanyl, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

All in violation of 21 U.S.C. § 846.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

MARIA CHAPA LOPEZ
United States Attorney

By: *[signature]*
Shawn P. Napier
Assistant United States Attorney

By: *[signature]*
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division