UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

United States of America

v.    Case No. 6:19-237-cr-Orl-RBD-LHP

Dante Sherod Hampton

Motion to Withdraw as Counsel

Defendant Dante Sherod Hampton, by and through the undersigned attorney, hereby files this motion to wiithdraw in the above referenced case, effective November 13, 2023.

In support of this motion, undersigned counsel shows the following:

1. Defendant was sentenced in the Middle District of Florida on June 24, 2020, following his plea of guilty. Judgment was entered on June 26, 2020.

2. Defendant wishes to appeal his judgement and sentence, and filed a Motion to Proceed in forma pauperis. The Eleventh Circuit issued a notice of no action in that Court, on November 2, 2023, in Case No. 23-13140. Undersigned counsel has been advised that this notice was based on the waiver of appeal language contained in defendant's plea agreement.

3. Undersigned counsel was not retained to represent the defendant for purposes of appeal. It appears that no further avenue of appeal is available. Undersigned counsel has been advised that the defendant has no objection to this motion to withdraw.

4. Undersigned counsel is not admitted to practice before the Eleventh Circuit Court of Appeals, nor is undersigned counsel a member of the Criminal Justice Act Panel.

5. Defendant is indigent and cannot afford an attorney. Defendant's indigency has been documented in his PSR, and he does not have the ability to pay a fine.

6. Undersigned counsel has consulted with Assistant United States Attorney Shawn Napier, who has no objection to this motion.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court (CM/ECF) on this 13th day of November, 2023, by using the CM/ECF system, which will send a notice of electronic filing to Assistant United States Attorney Sean Napier, and by U.S. Mail to Dante Hampton, Reg. No. 72458-018, PO Box 52020, FCI Benettsvile, Bennettsville SC 29512-5220

/s/ Bruce Hinshelwood, Esq.
Bruce Hinshelwood P.A.
Florida Bar No. 232882
PO Box 1984
Orlando, Florida 32802
hinshelwoodlaw@bellsouth.net
Telephone: 407-432-7176