UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:19-cr-237-RBD-LHP

DANTE SHEROD HAMPTON
_____

**ORDER**

In this closed criminal case, the *pro se* Defendant moved to appeal *in forma pauperis*. (Doc. 48 ("First Motion").) Then Defendant again moved to appeal *in forma pauperis*. (Doc. 50 ("Second Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price entered a Report and Recommendation stating the Court should deny the First Motion as moot and deny the Second Motion. (Doc. 51 ("R&R").) The parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 51) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The First Motion (Doc. 48) is **DENIED AS MOOT**.

3. The Second Motion (Doc. 50) is **DENIED**.

4. The Court **CERTIFIES** that the appeal is not taken in good faith.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 16, 2023.

ROY B. DALTON, JR.
United States District Judge